UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KRYSTAL CAMPBELL, aka, JANE DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:10-CV-325-B |
| | § | |
| ARTHUR BRENDER, et al., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM OPINION AND ORDER

In dismissing Plaintiff's claims with prejudice on October 26, 2010, the Court found that "Defendants are entitled to their reasonable attorney's fees in defending this bad faith suit." Accordingly, Defendants are **DIRECTED** to submit briefing that outlines their expenditures **on or before Monday, November 15, 2010**.

SO ORDERED.

DATED November 9, 2010

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE