## In the Northern District of Texas

## Dallas Division

Jane Doe

Case No. 3:10-CV-325

V.

Arthur J. Brender
Karen Coomer Denney
Melissa Madeline Goodman
Judge Sam A. Lindsay
Magistrate Paul J. Stickney
Chief Clerk Karen Lynne Mitchell
Level 3 Communications, et. al.

### Rule 60 Motion to Revert to Pseudonym of Jane Doe

Comes now Plaintiff Jane Doe with this, her motion for the Court to Revert the title of her case to the pseudonym of "Jane Doe."

### Prayer

Wherefore this Plaintiff prays that this court will reinstate her pseudonym litigation because stripping her of it when Arthur John Brender was reading her medical file into the records is plain error. In addition, Plaintiff is scheduled to testify against gang members in Nevada. It was horrifying to see that days after the hearing of October 20, 2010, my Nevada RICO action was cross referenced to this one. Allowing thugs to be able to find where I am currently living is dangerous. I believe my life could be in danger because of losing the cloak of anonymity.

Respectfully Submitted by,

*Jane Doe*
Plaintiff Jane Doe
PO Box 800965
Mesquite, TX 75180

## In the Northern District of Texas

## Dallas Division

Jane Doe                                                                 Case No. 3:10-CV-325

      V.

Arthur J. Brender
Karen Coomer Denney
Melissa Madeline Goodman
Judge Sam A. Lindsay
Magistrate Paul J. Stickney
Chief Clerk Karen Lynne Mitchell
Level 3 Communications, et. al.

### Certificate of Service

  This is to certify that a true and correct copy of this document has been served on all parties in this case on the date below by certified mail, return receipt.

Respectfully Submitted by,                         Date: October 25, 2011

*(signature)*
Plaintiff Jane Doe
PO Box 800965
Mesquite, TX 75180